***UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

DANIEL C. GAY

**v.** C.A. No. 07-403M

MICHAEL J. ASTRU, Commissioner
Social Security Administration

**JUDGMENT**

Decision by Court.

Judgment shall enter for the plaintiff, Daniel C. Gay, against the defendant, Michael J. Astru, Commissioner Social Security Administration pursuant to the Court's Memorandum and Order dated May 8, 2008 granting Defendant's Motion to Remand and granting Plaintiff's Motion to Reverse to the extent that the matter be remanded to the Commissioner for further administrative proceedings.

May 8, 2008 BY:

/s/Concetta R. Zinni
Deputy Clerk